UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-20398-UU

MICHAEL SPALL, *et al.*,

    Plaintiffs,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon Motion to Seal Confidential Settlement Documents. D.E. 62.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised of the premises. It is hereby

ORDERED AND ADJUDGED that Motion to Seal Confidential Settlement Documents (D.E. 62) is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _5th__ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record